Decided September 27, 2006

## STATE OF CONNECTICUT *v.* ANTHONY J. SANTANIELLO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 646 (AC 25343), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 27, 2006